## Commonwealth *v.* Mitchum, Appellant.

Submitted June 14, 1971. *Anthony J. Caiazzo,* for appellant; *William T. Cannon*

and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.